# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Interstate Improvement, Inc., | Civil No. 10-CV-3748 PAM/FLN |
| Plaintiff, | |
| v. | **ORDER GRANTING TRANSFER OF VENUE** |
| Professional Construction Services, Inc., | |
| Defendant. | |

Pursuant to the Stipulation to Transfer Venue, filed as Docket No.  17 ,

IT IS HEREBY ORDERED that this action will be transferred to the Federal District Court for the Eastern District of California.

Dated: March  28 , 2011           s/Paul A. Magnuson
                                  The Honorable Paul A. Magnuson
                                  United States District Court