Mark L. Creede, Ca. SBN 128418
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
mlc@lrplaw.net

Kyle E. Hart, Minn. SBN 159025
FABYANSKE, WESTRA, HART & THOMSON
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 359-7600
(612) 359-7602 - Fax
khart@fwhtlaw.com

John S. Warnlof, Ca. SBN 54974
ATTORNEY AT LAW
2033 N. Main Street, Suite 750
Walnut Creek, California 94596
(925) 937-9200
(925) 937-9278 - Fax
jwarnlof@aol.com

M:\19614\Pleadings\Stip to Withdraw.doc

Attorneys for Plaintiff and Counterdefendant,
INTERSTATE IMPROVEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INTERSTATE IMPROVEMENT, INC., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br>PROFESSIONAL CONSTRUCTION SERVICES, INC., <br><br>　　　　　　Defendant. | Case No. 1:11-CV-00539-LJO-JLT <br><br>**STIPULATION TO WITHDRAW DEMAND FOR JURY TRIAL AND ORDER THEREON** <br><br>Trial: August 21, 2012 <br>Time: 8:30 a.m. <br>Judge: Lawrence O'Neill |
|---|---|
| AND RELATED COUNTERCLAIM. | |

Pursuant to Federal Rule of Civil Procedure 39 subdivision (a)(1), the parties hereby stipulate to withdraw their demand for a jury in the above-referenced matter set for trial on August 21, 2012.

Dated: July 13, 2012             LANG, RICHERT & PATCH

By: /s/ Mark L. Creede
Mark L. Creede
Attorneys for Plaintiff and Counterdefendant
Interstate Improvement, Inc.

Dated: July 13, 2012             FABYANSKE, WESTRA, HART & THOMSON

By: /s/ Kyle E. Hart
Kyle E. Hart
Attorneys for Plaintiff and Counterdefendant
Interstate Improvement, Inc.

Dated: July 19, 2012             JOHN S. WARNLOF, ATTORNEY AT LAW

By: /s/ John S. Warnlof
John S. Warnlof
Attorneys for Defendant and Counterclaimant
Jorge E. Quinones, dba Professional Construction Services

IT IS SO ORDERED.

  Dated:  **July 20, 2012**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE