Mark L. Creede, Ca. SBN 128418
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
mlc@lrplaw.net

Kyle E. Hart, Minn. SBN 159025
FABYANSKE, WESTRA, HART & THOMSON
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 359-7600
(612) 359-7602 - Fax
khart@fwhtlaw.com

John S. Warnlof, Ca. SBN 54974
ATTORNEY AT LAW
2033 N. Main Street, Suite 750
Walnut Creek, California 94596
(925) 937-9200
(925) 937-9278 - Fax
jwarnlof@aol.com

M:\19614\Pleadings\Stip to Withdraw.doc

Attorneys for Plaintiff and Counterdefendant,
INTERSTATE IMPROVEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INTERSTATE IMPROVEMENT, INC., Plaintiff, v. PROFESSIONAL CONSTRUCTION SERVICES, INC., Defendant. | Case No. 1:11-CV-00539-LJO-JLT<br><br>**STIPULATION TO WITHDRAW DEMAND FOR JURY TRIAL AND ORDER THEREON**<br><br>Trial: August 21, 2012<br>Time: 8:30 a.m.<br>Judge: Lawrence O'Neill |
|---|---|
| AND RELATED COUNTERCLAIM. | |

Pursuant to Federal Rule of Civil Procedure 39 subdivision (a)(1), the parties hereby stipulate to withdraw their demand for a jury in the above-referenced matter set for trial on August 21, 2012.

Dated: July 13, 2012						LANG, RICHERT & PATCH

								By: /s/ Mark L. Creede
								Mark L. Creede
								Attorneys for Plaintiff and Counterdefendant
								Interstate Improvement, Inc.

Dated: July 13, 2012						FABYANSKE, WESTRA, HART & THOMSON

								By: /s/ Kyle E. Hart
								Kyle E. Hart
								Attorneys for Plaintiff and Counterdefendant
								Interstate Improvement, Inc.

Dated: July 19, 2012						JOHN S. WARNLOF, ATTORNEY AT LAW

								By: /s/ John S. Warnlof
								John S. Warnlof
								Attorneys for Defendant and Counterclaimant
								Jorge E. Quinones, dba Professional Construction Services

IT IS SO ORDERED.

   Dated:  **July 20, 2012**				        **/s/ Lawrence J. O'Neill**
								UNITED STATES DISTRICT JUDGE