UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE IMPROVEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL CONSTRUCTION SERVICES, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | 1:11-CV-000539-LJO-JLT <br><br> **ORDER TO SHOW CAUSE RE PRESENTATION OF EVIDENCE** |

This case is set for a bench trial starting on August 21, 2012. On June 27, 2012, this Court issued a Pretrial Order. Doc. 38. Among numerous deadlines set forth therein, the parties were required to file final exhibit lists, final witness lists, and any trial briefs on or before August 6, 2012. *See id*. at ¶¶ M, N3 & O. Plaintiff filed an exhibit list on Friday, August 3, 2012, but no final witness list or trial brief.[1] Defendant/Counter-Claimant, Professional Construction Services, Inc., filed absolutely nothing.

Defendant/Counter-Claimant is ordered to show cause in writing on or before August 8, 2012 at 2:00 pm, why it should not now be precluded from filing an exhibit list and/or presenting any exhibits at the trial.[2]

**SO ORDERED**
**Dated: August 7, 2012**

                                             /s/ Lawrence J. O'Neill
                                             **United States District Judge**

---

[1] Although a trial brief was not absolutely required by the Pretrial Order, one is normally filed in advance of a bench trial.
[2] The parties are warned that the Court is also contemplating an OSC re: witnesses, as neither party timely filed a final witness list.