UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE IMPROVEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL CONSTRUCTION SERVICES, INC.,<br><br>Defendant. | 1:11-CV-000539-LJO-JLT<br><br>**ORDER VACATING TRIAL DATE; AND**<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL OF ENTIRE CASE.** |
| AND RELATED COUNTERCLAIM | |

This case is set for a bench trial starting on August 21, 2012. On June 27, 2012, this Court issued a Pretrial Order. Doc. 38. Among numerous deadlines set forth therein, the parties were required to file final exhibit lists, final witness lists, and any trial briefs on or before August 6, 2012. *See id*. at ¶¶ M, N3 & O. The August 6, 2012 deadline was not selected arbitrarily. This is the busiest federal trial court in the United States. Court and staff time must be meticulously managed and allocated, and time was set aside during the week of August 6, 2012 to prepare for a bench trial, a judicially time-consuming procedure that demands the Court be informed about the merits of the case in advance.

Plaintiff filed an exhibit list on Friday, August 3, 2012, but did not timely file a final witness list or trial brief. Defendant/Counter-Claimant, Professional Construction Services, Inc., failed to timely file any of the relevant documents.[1]

---

[1] Defense counsel also failed to appear for the pretrial conference in this case.

**1**

On August 7, 2012, the Court ordered Defendant/Counter-Claimant to show cause in writing why it should not be precluded from filing an exhibit list and/or presenting any exhibits at the trial, and noted it was considering issuing a similar order regarding the presentation of witnesses. Doc. 43. Plaintiff then filed a final witness list and trial brief, Docs. 44, 46 & 47, but without making any effort to demonstrate good cause for non-compliance with the August 6 deadline.

Defense counsel, John S. Warnlof, filed a declaration indicating that he is a sole practitioner, has been busy with several other matters, and intends to file an exhibit list, witness list, exhibits, and a trial brief no later than August 10, 2012. Doc. 45. Being busy is not good cause, particularly when counsel fails to request an extension of relevant deadlines in advance.

None of the late-filed documents from either party will be considered, as no good cause for their untimely presentation has been established. In consequence, neither side will be entitled to present witnesses at trial. In light of this, there can be no trial. The trial date is therefore **VACATED**.

The parties are ordered to show cause **in writing** on or before **10:00 a.m., August 10, 2012** why this case should not be dismissed in its entirety for failure to prosecute and/or failure to comply with Court orders.

**SO ORDERED**
**Dated: August 8, 2012**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**