Kyle E. Hart, Minn. SBN 159025
FABYANSKE, WESTRA, HART & THOMSON
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 359-7600
(612) 359-7602 - Fax
khart@fwhtlaw.com

Mark L. Creede, Ca. SBN 128418
LANG, RICHERT & PATCH
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
mlc@lrplaw.net

Attorneys for Plaintiff and Counterdefendant,
INTERSTATE IMPROVEMENT, INC.

John S. Warnlof, Ca. SBN 54974
ATTORNEY AT LAW
2033 N. Main Street, Suite 750
Walnut Creek, California 94596
(925) 937-9200
(925) 937-9278 - Fax
jwarnlof@aol.com

Attorney for Defendant and Counterclaimant,
JORGE QUINONES, dba PROFESSIONAL CONSTRUCTION SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE IMPROVEMENT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PROFESSIONAL CONSTRUCTION SERVICES, INC.<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:11-CV-00539-LJO-JLT<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

Stipulation and Order for Dismissal With Prejudice        -1-

1    IT IS HEREBY STIPULATED by and between INTERSTATE IMPROVEMENT, INC. ("Interstate"), on the one hand, and JORGE QUINONES, d.b.a. PROFESSIONAL CONSTRUCTION SERVICES, INC. ("Quinones"), on the other hand, through their designated counsel, that the above-captioned action, including the Complaint filed by Interstate and Counterclaim filed by Quinones, shall be, and hereby is, dismissed with prejudice against Interstate and Quinones pursuant to Rule 41 of the Federal Rules of Civil Procedure with each party bearing their own costs and attorney's fees.

Dated: August 9, 2012        LANG, RICHERT & PATCH, P.C.

                             By:   */s/ Mark L. Creede*
                                   Mark L. Creede
                                   Attorneys for Plaintiff and
                                   Counterdefendant INTERSTATE
                                   IMPROVEMENT, INC.

Dated: August 9, 2012        FABYANSKE, WESTRA, HART & THOMSON

                             By:   */s/ Kyle E. Hart*
                                   Kyle E. Hart
                                   Attorneys for Plaintiff and
                                   Counterdefendant INTERSTATE
                                   IMPROVEMENT, INC.

Dated: August 9, 2012        JOHN WARNLOF, ATTORNEY AT LAW

                             By:   */s/ John Warnlof*
                                   John Warnlof
                                   Attorney for Defendant and
                                   Counterclaimant, JORGE QUINONES,
                                   dba, PROFESSIONAL CONSTRUCTION
                                   SERVICES, INC.

## ORDER OF THE COURT

Dismissal of all above-captioned actions are hereby dismissed with prejudice. The clerk is direct to close this action.

IT IS SO ORDERED.

**Dated:   August 10, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE