1  Kyle E. Hart, Minn. SBN 159025
   FABYANSKE, WESTRA, HART & THOMSON
2  800 LaSalle Avenue, Suite 1900
   Minneapolis, MN 55402
3  (612) 359-7600
   (612) 359-7602 - Fax
4  khart@fwhtlaw.com

5  Mark L. Creede, Ca. SBN 128418
   LANG, RICHERT & PATCH
6  Post Office Box 40012
   Fresno, California 93755-0012
7  (559) 228-6700 Phone
   (559) 228-6727 Fax
8  mlc@lrplaw.net

9  Attorneys for Plaintiff and Counterdefendant,
   INTERSTATE IMPROVEMENT, INC.
10
   John S. Warnlof, Ca. SBN 54974
11 ATTORNEY AT LAW
   2033 N. Main Street, Suite 750
12 Walnut Creek, California 94596
   (925) 937-9200
13 (925) 937-9278 - Fax
   jwarnlof@aol.com
14
   Attorney for Defendant and Counterclaimant,
15 JORGE QUINONES, dba PROFESSIONAL CONSTRUCTION SERVICES, INC.

16
17                UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA
18
19

20 | INTERSTATE IMPROVEMENT, INC.,          | Case No. 1:11-CV-00539-LJO-JLT
   |                                         |
21 |              Plaintiff,                 | **STIPULATION AND ORDER FOR
   |                                         | DISMISSAL WITH PREJUDICE**
22 |      v.                                 |
   |                                         |
23 | PROFESSIONAL CONSTRUCTION               |
   | SERVICES, INC.                          |
24 |                                         |
   |              Defendant.                 |
25 |                                         |
   | AND RELATED COUNTERCLAIM.               |
26

27 ///

28 ///

---

Stipulation and Order for Dismissal With Prejudice        -1-

1  IT IS HEREBY STIPULATED by and between INTERSTATE IMPROVEMENT, INC. ("Interstate"), on the one hand, and JORGE QUINONES, d.b.a. PROFESSIONAL CONSTRUCTION SERVICES, INC. ("Quinones"), on the other hand, through their designated counsel, that the above-captioned action, including the Complaint filed by Interstate and Counterclaim filed by Quinones, shall be, and hereby is, dismissed with prejudice against Interstate and Quinones pursuant to Rule 41 of the Federal Rules of Civil Procedure with each party bearing their own costs and attorney's fees.

Dated: August 9, 2012        LANG, RICHERT & PATCH, P.C.

                             By:   */s/ Mark L. Creede*
                                   Mark L. Creede
                                   Attorneys for Plaintiff and
                                   Counterdefendant INTERSTATE
                                   IMPROVEMENT, INC.

Dated: August 9, 2012        FABYANSKE, WESTRA, HART & THOMSON

                             By:   */s/ Kyle E. Hart*
                                   Kyle E. Hart
                                   Attorneys for Plaintiff and
                                   Counterdefendant INTERSTATE
                                   IMPROVEMENT, INC.

Dated: August 9, 2012        JOHN WARNLOF, ATTORNEY AT LAW

                             By:   */s/ John Warnlof*
                                   John Warnlof
                                   Attorney for Defendant and
                                   Counterclaimant, JORGE QUINONES,
                                   dba, PROFESSIONAL CONSTRUCTION
                                   SERVICES, INC.

## ORDER OF THE COURT

Dismissal of all above-captioned actions are hereby dismissed with prejudice. The clerk is direct to close this action.

IT IS SO ORDERED.

**Dated:   August 10, 2012**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE